IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL LEE LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. C-12-160 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

Daniel Lee Lopez, an inmate on Texas' death row, has filed a *pro se* federal petition for a writ of habeas corpus. (D.E. 1.) The direct appeal from Lopez's conviction and sentence is still pending in the Texas Court of Criminal Appeals. *Lopez v. State*, AP-76,327 (Tex. Crim. App.). Federal relief is not available to Lopez until he "has exhausted the remedies available in the courts of the State." 28 U.S.C. § 2254(b)(1)(A). Accordingly, Lopez's federal petition is premature. The Court **STAYS** and **ADMINISTRATIVELY CLOSES** this case to allow state court review. The Court will reopen these proceedings, if necessary, after the conclusion of Lopez's direct appeal.

The Clerk will deliver a copy of this Order to the parties.

**ORDERED** this ___ day of 9/21/12 , 2012.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE