IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

NOV 28 2012

David J. Bradley, Clerk of Court

DANIEL LEE LOPEZ
   PETITIONER

RICK THALER, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,
   RESPONDENT

CIVIL ACTION NO. 2:12CV-00160

## MOTION FOR WAIVER OF FEDERAL APPEAL(S)

   I DANIEL LOPEZ IS VOLUNTARILY AND INTELLIGENTLY WAIVING ALL APPEALS. IM ASKING THIS FEDERAL COURT AND ANY OTHER TO EXCEPT MY WAIVER OF APPEALS, AND TO EXPEDITE THIS WASTE OF TIME APPEAL PROCESS.
   I FILED MY 2254 IN THE MIDDLE OF THIS YEAR, AND HAD DAVID DOW (APPEAL ...KING) INTO MY CASE, INTENDING TO SPEED UP THE PROCESS INSTEAD OF ...E 1 YEAR FEDERAL STATUE OF LIMITATIONS TO EXPIRE. WITH
...ATION THAT I RECENTLY CAME ACROSS; I REALIZED I WAS
...NTINUE TO WAIVE MY APPEALS.
   ...RT WANTS TO MAKE SURE IM MENTALLY COMPETENT
   ...M WILLING TO GO THROUGH ANY TEST YALL

Daniel Lopez   NOV. 23.12  9:08 AM

...OUTH
... TX. 77351

LEGAL MAIL

DANIEL LOPEZ 999575
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

[Postmark: CORPUS CHRISTI NOV 28 2012]

U.S. DISTRICT JUDGE NELVA GONZALES RAMOS
UNITED STATES COURTHOUSE
3RD FLOOR COURTROOM
1133 N SHORELINE BLVD
CORPUS CHRISTI, TEXAS 78401

# WE CARE

## US Postal Service

**DEAR VALUED POSTAL CUSTOMER:**

I want to extend my sincere apology as your Postmaster for the enclosed document that was inadvertently damaged in handling by your Postal Service.

We are aware how important your mail is to you. With that in mind, we are forwarding it to you in an expeditious fashion.

The United States Postal Service handles over 202 billion pieces of mail each year. While each employee makes a concerted effort to process, without damage, each piece of mail, an occasional mishap does happen.

We are constantly working to improve our processing methods so that these incidents will be eliminated. You can help us greatly in our efforts if you will continue to properly prepare and address each letter or parcel that you enter into the mailstream.

We appreciate your cooperation and understanding and sincerely regret any inconvenience that you have experienced.

YOUR POSTMASTER