IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL LEE LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. C-12-160 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER

On November 28, 2012, the Court received a document entitled "Motion for Waiver of Federal Appeal(s)" in this cause number. (D.E. 11). The document, however, was damaged in the mail leaving portions of it nonexistent or unreadable. The Court **ORDERS** Lopez to refile his pleading within 30 days from the entry of this Order.

The Court directs the Clerk to deliver a copy of D.E. 11 to Lopez. The Clerk will deliver a copy of this Order to the parties.

**ORDERED** this 4th day of December, 2012.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE