Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 1 2 2012

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

DANIEL LEE LOPEZ
    PETITIONER

V.

RICK THALER, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,
    RESPONDENT

CIVIL ACTION NO. 2:12CV-00160

## MOTION FOR WAIVER OF FEDERAL APPEAL(S)

I DANIEL LOPEZ IS VOLUNTARILY AND INTELLIGENTLY WAIVING ALL APPEALS. I'M ASKING THIS FEDERAL COURT AND ANY OTHER TO EXCEPT MY WAIVER OF APPEALS, AND TO EXPEDITE THIS WASTE OF TIME APPEAL PROCESS!

I FILED MY 2254 IN THE MIDDLE OF THIS YEAR, AND HAD DAVID DOW (APPEAL ATTORNEY) INVESTIGATING MY CASE TO REPRESENT ME; THINKING IT WOULD BE QUICKER INSTEAD OF WAITING FOR THE 1YR STATUE OF LIMITATION TO EXPIRE. WITH THE NEW-FOUND INFORMATION THAT I RECENTLY CAME ACROSS; I REALIZED I WAS INCORRECT. SO NOW I WILL RESUME MY WAIVER OF APPEALS.

I AM ASSUMING THIS COURT WILL WANT TO MAKE SURE I'M MENTALLY COMPETENT (WHICH I ASSURE YOU I AM WHICH HAS BEEN PROVEN DURING MY FIRST WAIVER) AND AM WILLING TO UNDERGO ANY EVALUATION YALL HAVE FOR ME. THANKS

DANIEL LOPEZ 999555
POLUNSKY UNIT D/R
3872 FM 350 SOUTH
LIVINGSTON TX. 77351

*Daniel Lopez*   NOV. 23. 2012  9:08 AM

LEGAL MAIL

DANIEL LOPEZ 999555
POLUNSKY UNIT NR
3872 FM 350 SOUTH
LIVINGSTON TX. 77351

U.S DISTRICT JUDGE NELVA GONZALES RAMOS
UNITED STATES COURTHOUSE
3RD FLOOR COURTROOM
1133 N. SHORELINE BLVD
CORPUS CHRISTI, TEXAS 78401

7840120039

Clerk, U.S. District Court
Southern District of Texas
FILED

DEC 12 2012

David J. Bradley, Clerk of Court

